## ANDERSON v. STATE.
### No. 26416.

Court of Criminal Appeals of Texas.
May 6, 1953.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Driving while intoxicated upon a public highway is the offense; the punishment, a fine of $100.

The record before us contains no statement of facts or bills of exception. Nothing is presented for our consideration.

The judgment of the trial court is affirmed.

Opinion approved by the Court.